970 So.2d 526 (2007)
STATE ex rel. Terence WILLIAMS
v.
STATE of Louisiana.
No. 2007-KH-0696.
Supreme Court of Louisiana.
December 14, 2007.
In re Williams, Terence;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. A, No. 02-0004; to the Court of Appeal, Fifth Circuit, No. 07-KH-134.
Denied. State ex. rel. Bernard v. Cr. D.C., 94-2247, p. 1 (La.4/28/95), 653 So.2d 1174, 1175; Denied. See State ex rel. Fleury v. State, 93-2898 (La.10/13/95), 661 So.2d 488.